LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHELLE HEALY, | No: 2:23-cv-04371-MRW |
|    Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|    Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED SIXTY-FOUR DOLLLARS AND 64/100 ($1,764.64) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:   9/6/23       _____
                                    HON. MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE